■ SHIRLEY E. METZGER, Respondent, v RICHARD J. METZGER, Appellant.—Order unanimously affirmed, without costs. Memorandum: Defendant appeals from an order of Special Term which granted plaintiff the sum of $1,500 for counsel fees and disbursements in the defense of an appeal taken by defendant from a judgment of separation. Defendant did not submit any affidavit in opposition, although one was submitted by his attorney which consisted solely of conclusions. We find no abuse of discretion by Special Term. (Appeal from order of Erie Supreme Court—counsel fees.) Present—Moule, J. P., Mahoney, Dillon, Goldman and Witmer, JJ.

## (May 28, 1976)

■ In the Matter of ANDREW J. JONES, as Administrator of the Estate of JOANNE JONES, Also Known as JOANNE BRADLEY, Deceased, Respondent, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent, and MARTIN R. BRADLEY, JR., Appellant.—Appeal unanimously dismissed without costs upon stipulation. (Appeal from judgment of Supreme Court, Erie County—article 78.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.